UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI HAHN ) | Case No.: CV08-00447 OWW (GSA) |
| ) | Action Filed: March 26, 2008 |
| Plaintiff ) | Judge: Hon. Oliver W. Wanger |
| ) | |
| v. ) | |
| ) | **ORDER RE: SETTLEMENT STATUS &** |
| LIFE INSURANCE COMPANY OF NORTH ) | **REQUEST THAT COURT RETAIN** |
| AMERICA; STATE FARM MUTUAL ) | **JURISDICTION** |
| AUTOMOBILE INSURANCE COMPANY ) | |
| LTD PLAN, ) | |
| ) | |
| Defendants. ) | |

Upon review of the parties' PARTIES'JOINT STATEMENT RE: SETTLEMENT STATUS & REQUEST THAT THE COURT RETAIN JURISDICTION, and for good cause, this Court will retain jurisdiction of this matter until the pending Stipulation to Dismiss the Case With Prejudice is filed by August 15, 2008.

IT IS SO ORDERED.


Dated: July 29, 2008


/s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge

PROPOSED ORDER RE: SETTLEMENT STATUS & REQUEST THAT THE COURT RETAIN JURISDICTION
685058.1