UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHERRI HAHN | ) | Case No.: CV08-00447 OWW (GSA) |
|---|---|---|
| | ) | Action Filed: March 26, 2008 |
| Plaintiff | ) | Judge: Hon. Oliver W. Wanger |
| | ) | |
| v. | ) | |
| | ) | **ORDER RE: PARTIES' JOINT** |
| LIFE INSURANCE COMPANY OF NORTH | ) | **STATEMENT RE: UPDATED** |
| AMERICA; STATE FARM MUTUAL | ) | **SETTLEMENT RELEASE STATUS &** |
| AUTOMOBILE INSURANCE COMPANY | ) | **REQUEST THAT THE COURT** |
| LTD PLAN, | ) | **CONTINUE TO RETAIN JURISDICTION** |
| | ) | |
| Defendants. | ) | |

Upon review of the parties' PARTIES' JOINT STATEMENT RE: UPDATED SETTLEMENT RELEASE STATUS & REQUEST THAT THE COURT CONTINUE TO RETAIN JURISDICTION, and for good cause, this Court will retain jurisdiction of this matter until the pending a Stipulation to Dismiss the Case With Prejudice is filed by the parties.

IT IS SO ORDERED.

Dated: August 13, 2008

/s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge

1

PROPOSED ORDER RE: UPDATED SETTLEMENT RELEASE STATUS & REQUEST THAT THE COURT CONTINUE TO RETAIN JURISDICTION

PDF created with pdfFactory trial version www.pdffactory.com