UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI HAHN | Case No.: CV08-00447 OWW (GSA) |
| Plaintiff, | [Judge: Hon. Oliver W. Wanger |
| vs. | **ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY LTD PLAN, | |
| Defendants. | |

This case is dismissed with prejudice.  It is so ordered.

DATED: September 19, 2008

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
Judge of the United States District Court

1
[PROPOSED] ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com